**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**OLIVER LOWRY**                                                                                      **PLAINTIFF**

**V.**                                                                              **NO. 1:22-CV-191-DMB-RP**

**SHELTER INSURANCE COMPANY**                                                       **DEFENDANT**


**ORDER OF RECUSAL**

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 19th day of January, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**